**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: David Jonathon Wood
Norma Jean Travaglio-Wood aka
Norma Jean Wood
Debtor(s)

CHAPTER 13

BKY. NO. 26-22817 GLT

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ Matthew Fissel
Matthew Fissel
20 Oct 2026, 10:33:48, EDT

Matthew Fissel, Esq. (314567)
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: c220759987c0db6233fe5605d3ec8b5754dea4171ddb8e1015e60d977b4abd1c