**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| DAVID JONATHON WOOD, AND | ) Case No: 26-22817-GLT |
| NORMA JEAN TRAVAGLIO-WOOD, | ) |
| Debtor(s). | ) Chapter 13 |
| | ) |
| DAVID JONATHON WOOD, AND | ) |
| NORMA JEAN TRAVAGLIO-WOOD, | ) |
| Movant(s), | ) |
| | ) Related to Document No.: 9 |
| v. | ) |
| | ) |
| NO RESPONDENT. | ) |

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR EXTENSION OF TIME**

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on October 27, 2026. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading “Service by NEF,” and the full name and complete postal address for each party served by mail, is listed under the heading “Service by First-Class Mail.”

***Service by First-Class Mail:***

**David Jonathon Wood**
**Norma Jean Travaglio-Wood**
156 Washington Street
Petrolia, PA 16050

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee’s request, NEF only

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

Executed on: October 27, 2026

__/s/_Dai_Rosenblum,_Esq.___
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900 Pa. ID# 31802
dai@dairosenblumbankruptcy.com